```
                    705491

UNITED STATES BANKRUPTCY COURT
  WESTERN DISTRICT OF VIRGINIA
        ROANOKE OFFICE

Received From:
WILLIAM E. CALLAHAN, JR.
1800 WACHOVIA TOWER, DRAWER 1200
ROANOKE                  VA   24006-
================================================

   CASE NO.     PRICE    QTY    AMOUNT
  09-60240    $    0.00    1  $        0.64
     SMALL DIVID CH 7 < $5
     CREATIVE HOMES BY DESIGN

================================================
```

|        |   |
|--------|---|
| TOTAL: | $     0.64 |

CASH:       CHECKS: √     MONEY ORDERS:

Clerk : A. FLETCHER
Date  : 03/28/2011

Date: 03/24/11                                                                                                                  Page: 1

## DIVIDENDS REMITTED TO THE COURT
Check Number 3019 Dated 03/24/11
Case Number 09-60240 - CREATIVE HOMES BY

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| RAPPAHANNOCK ELECTRIC COOP<br>P O BOX 7388<br>FREDERICKSBURG VA 22404 | 000005 | 29.19 | 0.64 |
| ---------- Remittance Total --------------- | | 29.19 | 0.64 |

*WILLIAM E. CALLAHAN, JR., TRUSTEE*



FILED ROANOKE, VA
U.S. BANKRUPTCY COURT
MAR 2 8 2011
BY _____
DEPUTY CLERK

SMALL DIVIDENDS

COURT1                                                                                      Printed: 03/24/11 12:20 PM    Ver: 16.01c